IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| NATIONWIDE GENERAL INSURANCE COMPANY and NATIONWIDE MUTUAL INSURANCE COMPANY, | ) ) ) ) |
| *Plaintiffs*, | ) Case No. 25 CV 12064 ) |
| v. | ) ) |
| THE ANATOMICAL GIFT ASSOCIATION, WILLIAM O'CONNOR, and JENNIFER IRVING, | ) ) ) ) |
| *Defendants*. | ) |

## STIPULATION TO DISMISS JENNIFER IRVING

NOW COME the Plaintiffs NATIONWIDE GENERAL INSURANCE COMPANY and NATIONWIDE MUTUAL INSURANCE COMPANY (together "Nationwide"), by and through their attorneys, Christopher J. Pickett and Elizabeth N. Jedrasek of LINDSAY, PICKETT & POSTEL, and Defendant, JENNIFER IRVING ("Ms. Irving"), by and through her attorneys, and hereby stipulate as follows:

1. Nationwide filed the instant declaratory judgment action seeking a declaration that it owes no duty to defend or indemnify Defendants The Anatomical Gift Association (the "AGA") and William O'Connor ("O'Connor") with respect to the underlying lawsuit filed by Ms. Irving in the Circuit Court of Cook County, Illinois, Case No. 2025 L 006220 (the "underlying lawsuit").

2. Ms. Irving was named in this action only as a necessary party and to bind her to the judgment sought herein. Nationwide seeks no affirmative relief from Ms. Irving other than, to the extent she may be deemed a necessary party, that she be bound by any judgment entered by the Court in the instant action.

3. Ms. Irving hereby stipulates and agrees to be bound by any declaration, judgment, or other final order entered in this matter concerning the rights or lack of rights of the AGA and O'Connor under the Nationwide policies and the obligation or lack of obligation of Nationwide to the AGA and O'Connor. Ms. Irving understands that, in signing this stipulation, she is waiving her right, if any, to challenge Nationwide's coverage position.

4. In consideration for this stipulation, Nationwide agrees to dismiss Ms. Irving from the instant action with prejudice and without costs to any party.

5. A copy of this stipulation shall be filed with the Court, and Nationwide shall cause an order dismissing Ms. Irving from the instant case to be entered in accordance herewith.

**IT IS SO STIPULATED:**

   /s/ *Elizabeth N. Jedrasek*
**NATIONWIDE GENERAL INSURANCE COMPANY**

By: Elizabeth N. Jedrasek

Title: Attorney

Date: 10/31/2025

*Jennifer Irving (Oct 30, 2025 15:36:13 PDT)*
**JENNIFER IRVING**

Date: 30/10/2025

 /s/ *Elizabeth N. Jedrasek*
**NATIONWIDE MUTUAL INSURANCE COMPANY**

By: Elizabeth N. Jedrasek

Title: Attorney

Date: 10/31/2025

2